UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

VALENTIN RAMIREZ JAIMES,

Petitioner,

v.

WARDEN, et al.,

Respondents.

CAUSE NO. 1:26-CV-368-HAB-ALT

ORDER

Valentin Ramirez Jaimes, by counsel, an immigration detainee at Miami Correctional Facility, filed this case in the Fort Wayne Division. Because Miami Correctional Facility is located within the South Bend Division, the case may not be litigated in the Fort Wayne Division. *See* N.D. Ind. L.R. 3-1(a). When "the court determines a case is filed in a division without proper venue, the court may . . . transfer the case by issuing an order directing the clerk to reopen the case in a proper division." N.D. Ind. L.R. 3-1(b).

For these reasons, the clerk is DIRECTED to close this case, open a new case with these filings in the South Bend Division, and to randomly assign judges under General Order 2025-15.

SO ORDERED on August 6, 2026

s/Andrew L. Teel
JUDGE ANDREW L. TEEL
UNITED STATES DISTRICT COURT